UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PIZARRO,

                Plaintiff,

        -against-                    22-CV-2125 (LTS)

UNITED STATES OF AMERICA, et al.,      ORDER

                Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

      On May 31, 2022, the Court dismissed the complaint, but granted Plaintiff leave to file an amended complaint. On June 24, 2022, the Court received a letter from Plaintiff requesting an extension of time to submit his amended pleading. The Court grants Plaintiff his request. Accordingly, any amended complaint must be delivered to the prison authorities for filing by July 8, 2022.

SO ORDERED.

Dated:    June 27, 2022
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                         Chief United States District Judge